1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "1"

# EXHIBIT "1"

MB
BM

MORAN BRANDON
BENDAVID MORAN
ATTORNEYS AT LAW

630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE:(702) 384-8424
FAX: (702) 384-6568

ELECTRONICALLY SERVED
02/21/2017 04:20:31 PM

**REQT**
Paul D. Powell, Esq.
Nevada Bar No. 7488
Michael A. Kristof, Esq.
Nevada Bar No. 7780
The Powell Law Firm
6785 W. Russell Road, Suite 210
Las Vegas, Nevada 89118
paul@tplf.com
Phone: (702) 728-5500
Facsimile: (702) 728-5501

Attorneys for TAMI KEELE

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| TAMI KEELE, individually, and GARRETT KEELE, individually, | CASE NO. A-16-744521-C |
| Plaintiff, | DEPT. NO. XVI |
| vs. | |
| ALBERTSONS, LLC, a Delaware limited-liability company, DOES I-X, and ROE CORPORATIONS I-X, inclusive, | **REQUEST FOR EXEMPTION FROM ARBITRATION** |
| Defendants. | |

Plaintiffs TAMI KEELE and GARRETT KEELE, hereby requests the above-captioned matter be exempted from Arbitration pursuant to Nevada Arbitration Rules 3 and 5, as this case:

1.   ___   presents a significant issue of public policy;

2.   _X_   involves an amount in issue in excess of $50,000 exclusive of interest and costs;

3.   ___   presents unusual circumstances, which constitute good cause for removal from the program.

- 1 -

## I. FACTUAL BACKGROUND

Plaintiffs filed a Second Amended Complaint against Defendant in the Eighth Judicial District court on January 27, 2017. On October 4, 2016, Defendant filed an Answer to Plaintiffs' Complaint. The filing of Plaintiffs' arbitration exemption request is timely and in accordance with Nevada Arbitration Rule 5(A).

On July 20, 2015 Plaintiff TAMI KEELE slipped and fell on a wet and/or slippery substance at Defendant's property. Plaintiff TAMI KEELE sustained injuries and received medical treatment for these injuries as a result of Defendant's negligence. Plaintiff GARRETT KEELE has asserted a loss of consortium claim against Defendant.

## SUMMARY OF FACTS

**Plaintiff Tami Keele has incurred approximately $593,768.08 in medical specials as a result of this incident.** Following the incident, Ms. Keele immediately initiated treatment with Align Chiropractic and Dr. Jorg Rosler – a pain management specialist. Ms. Keele reported complaints of severe low back pain. Due to the severity of Ms. Keele's symptoms, Dr. Rosler referred her to Dr. Yevgeniy Khavkin – a neurosurgeon. Dr. Khavkin recommended for Ms. Keele to undergo transforaminal interbody fusion with decompression at L4-5. Ms. Keele underwent this surgery on January 11, 2016. Unfortunately, following her surgery, Ms. Keele suffered from a severe infection of her surgical incision. Ms. Keele was required to undergo approximately seven weeks of IV antibiotic medication to treat the infection.

///

///

-2-

## III.   CONCLUSION

Plaintiffs request that this matter be exempt from arbitration as the damages sustained by Plaintiffs exceed $50,000.00.

Pursuant to NRCP 11, I hereby certify this case to be within the exemption marked above and I am aware of the sanctions, which may be imposed against any attorney or party who without good cause or justification attempts to remove a case from the arbitration program.

DATED this 20 th day of February, 2017.

THE POWELL LAW FIRM

Paul D. Powell, Esq.
Nevada Bar No. 7488
Michael A. Kristof, Esq.
Nevada Bar No. 7780
6785 W. Russell Road, Suite 210
Las Vegas, NV 89118

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

Pursuant to Nevada Rules of Civil Procedure 5 (b), I hereby certify that on the 21st

day of February, 2017, the **REQUEST FOR EXEMPTION FROM ARBITRATION** was

served via electronic service to the following counsel of record:

Lew Brandon, Esq.
Matthew Whittaker, Esq.
MORAN BRANDON BENDAVID MORAN
630 S. Fourth Street
Las Vegas, Nevada 89101

Attorneys for Defendant

An Employee of THE POWELL LAW FIRM

1  SUMM
   Paul D. Powell, Esq.
2  Nevada Bar No. 7488
   Michael A. Kristof, Esq.
3  Nevada Bar No. 7780
   The Powell Law Firm
4  6785 W. Russell Road, Suite 210
   Las Vegas, Nevada 89118
5  paul@tplf.com
   Phone: (702) 728-5500
6  Facsimile: (702) 728-5501

7  Attorneys for TAMI KEELE

8                          **DISTRICT COURT**

9                     **CLARK COUNTY, NEVADA**

10

11 TAMI KEELE,                          )
                                        )  CASE NO. A-16-744521-C
12            Plaintiff,                )  DEPT. NO.  XVI
          vs.                           )
13                                      )
                                        )
14 ALBERTSONS COMPANIES, INC., a foreign )  **SUMMONS**
   corporation, DOES I-X, and ROE       )
15 CORPORATIONS I-X, inclusive,         )
                                        )
16            Defendants.               )
                                        )
17

18 **NOTICE! YOU HAVE BEEN SUED, THE COURT MAY DECIDE AGAINST YOU WITHOUT
19 YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS, READ THE INFORMATION
   BELOW.**
20

21                  **ALBERTSONS COMPANIES, INC.**

22 TO THE DEFENDANT(S): A civil Complaint has been filed by the Plaintiff(s) against you for the
   relief set forth in the Complaint.
23 1.     If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day
   of service, you must do the following:
24           a.     File with the Clerk of this Court, whose address is shown below, a formal written response to the
                    Complaint in accordance with the rules of the Court, with the appropriate filing fee.
25           b.     Serve a copy of your response upon the attorney whose name and address is shown below.
26 2.     Unless you respond, your default will be entered upon application of the Plaintiff(s) and this Court may enter a
   judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or
   other relief requested in the Complaint
27 3.     If you intend to seek the advise of an attorney in this matter, you should do so promptly so that your response
   may be filed on time.
28

                                        -1-

1

2     4.     The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission
      members and legislators, each have 45 days after service of this summons within which to file an answer or other
3     responsive pleading to the complaint.

4

5     Issued at the direction of:                          CLERK OF THE COURT

6                                                          ROXANA GOMEZ                  OCT 0 6 2016

7     Paul D. Powell, Esq.                                 DEPUTY CLERK                            DATE
      Nevada Bar No. 7488                                  County Courthouse
8     Michael A. Kristof, Esq.                             200 Lewis Avenue, 3rd Floor, Suite 3125
9     Nevada Bar No. 7780                                  Las Vegas, Nevada 89155
      6785 West Russell Road, Suite 210
10    Las Vegas, Nevada 89118
      Attorneys for Plaintiff
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

# DISTRICT COURT CIVIL COVER SHEET   A-16-744521-C

................................County, Nevada                    XVI

Case No. ................................
_(Assigned by Clerk's Office)_

## I. Party Information _(provide both home and mailing addresses if different)_

| Plaintiff(s) (name/address/phone): | Defendant(s) (name/address/phone): |
|---|---|
| Tami Keele | Albertsons Companies, Inc. |

| Attorney (name/address/phone): | Attorney (name/address/phone): |
|---|---|
| Paul Powell, Esq. - The Powell Law Firm | |
| 785 W. Russell Road, Suite 210 | |
| Las Vegas, Nevada 8911 | |
| 702-728-5500 | |

## II. Nature of Controversy _(please select the one most applicable filing type below)_

### Civil Case Filing Types

| Real Property | Torts | |
|---|---|---|
| **Landlord/Tenant** | **Negligence** | **Other Torts** |
| ☐ Unlawful Detainer | ☐ Auto | ☐ Product Liability |
| ☐ Other Landlord/Tenant | ☐ Premises Liability | ☐ Intentional Misconduct |
| **Title to Property** | ☑ Other Negligence | ☐ Employment Tort |
| ☐ Judicial Foreclosure | **Malpractice** | ☐ Insurance Tort |
| ☐ Other Title to Property | ☐ Medical/Dental | ☐ Other Tort |
| **Other Real Property** | ☐ Legal | |
| ☐ Condemnation/Eminent Domain | ☐ Accounting | |
| ☐ Other Real Property | ☐ Other Malpractice | |

| Probate | Construction Defect & Contract | Judicial Review/Appeal |
|---|---|---|
| **Probate** _(select case type and estate value)_ | **Construction Defect** | **Judicial Review** |
| ☐ Summary Administration | ☐ Chapter 40 | ☐ Foreclosure Mediation Case |
| ☐ General Administration | ☐ Other Construction Defect | ☐ Petition to Seal Records |
| ☐ Special Administration | **Contract Case** | ☐ Mental Competency |
| ☐ Set Aside | ☐ Uniform Commercial Code | **Nevada State Agency Appeal** |
| ☐ Trust/Conservatorship | ☐ Building and Construction | ☐ Department of Motor Vehicle |
| ☐ Other Probate | ☐ Insurance Carrier | ☐ Worker's Compensation |
| **Estate Value** | ☐ Commercial Instrument | ☐ Other Nevada State Agency |
| ☐ Over $200,000 | ☐ Collection of Accounts | **Appeal Other** |
| ☐ Between $100,000 and $200,000 | ☐ Employment Contract | ☐ Appeal from Lower Court |
| ☐ Under $100,000 or Unknown | ☐ Other Contract | ☐ Other Judicial Review/Appeal |
| ☐ Under $2,500 | | |

| Civil Writ | | Other Civil Filing |
|---|---|---|
| **Civil Writ** | | **Other Civil Filing** |
| ☐ Writ of Habeas Corpus | ☐ Writ of Prohibition | ☐ Compromise of Minor's Claim |
| ☐ Writ of Mandamus | ☐ Other Civil Writ | ☐ Foreign Judgment |
| ☐ Writ of Quo Warrant | | ☐ Other Civil Matters |

_Business Court filings should be filed using the Business Court civil coversheet._

10/4/16
_____
Date

_____
Signature of initiating party or representative

_See other side for family-related case filings._

Electronically Filed
10/04/2016 03:19:46 PM

**CLERK OF THE COURT**

1   **COMP**
    Paul D. Powell, Esq.
2   Nevada Bar No. 7488
    Michael A. Kristof, Esq.
3   Nevada Bar No. 7780
    The Powell Law Firm
4   6785 W. Russell Road, Suite 210
    Las Vegas, Nevada 89118
5   paul@tplf.com
    Phone: (702) 728-5500
6   Facsimile: (702) 728-5501

7   Attorneys for TAMI KEELE

8                        **DISTRICT COURT**

9                    **CLARK COUNTY, NEVADA**

10

11  TAMI KEELE,                          )          A-16-744521-C
                                         )
12          Plaintiff,                   )   CASE NO.
                                         )   DEPT. NO.      XVI
13      vs.                              )
                                         )
14  ALBERTSONS COMPANIES, INC., a foreign )  **COMPLAINT**
    corporation, DOES I-X, and ROE       )
15  CORPORATIONS I-X, inclusive,         )
                                         )
16          Defendants.                  )
                                         )
17

18      Plaintiff TAMI KEELE, by and through her attorney of record, PAUL D. POWELL, ESQ.,

19  of THE POWELL LAW FIRM, complains against Defendant ALBERTSONS COMPANIES, INC.,

20  as follows:

21

22                   **GENERAL ALLEGATIONS**

23      1.      Plaintiff TAMI KEELE (hereinafter "Plaintiff") is, and at all times mentioned herein,

24          was, a resident of the County of Clark, State of Nevada.

25      2.      Defendant ALBERTSONS COMPANIES, INC. (hereinafter "Defendant") is, and at

26          all times mentioned herein, was, a foreign corporation, licensed to do business in the

27          County of Clark, State of Nevada.

28

3.      The true names and capacities of the Defendants designated herein as Doe or Roe Corporations are presently unknown to Plaintiff at this time, who therefore sues said Defendants by such fictitious names. When the true names and capacities of these Defendants are ascertained, Plaintiff will amend this Complaint accordingly.

4.      At all times pertinent, Defendants were agents, servants, employees or joint venturers of every other Defendant herein, and at all times mentioned herein were acting within the scope and course of said agency, employment, or joint venture, with knowledge and permission and consent of all other named Defendants.

5.      On July 20, 2015 in Clark County, Nevada, Plaintiff was lawfully on the Defendant's property (hereinafter "Property") located at 1001 S. Rainbow Boulevard, Las Vegas, Nevada 89145.

6.      Defendant maintained and was in control of the Property located at 1001 S. Rainbow Boulevard, Las Vegas, Nevada 89145.

7.      Defendant knew, or reasonably should have known, that the Property contained a dangerous condition, specifically a wet and/or slippery substance on the floor of the Property (hereinafter "dangerous condition").

8.      Defendant failed to place signs, caution, warn, or otherwise make safe, the dangerous condition existing on or about the Property.

9.      Defendant should have warned or otherwise made safe the dangerous condition because that condition was non-obvious to Plaintiff.

10.     Defendant negligently, carelessly and recklessly maintained and allowed the dangerous condition to exist.

11.    As a direct and proximate result of the negligence of Defendant, Plaintiff sustained injuries to Plaintiff's shoulders, back, bodily limbs, organs and systems, all or some of which condition may be permanent and disabling, and all to Plaintiff's damage in a sum in excess of $10,000.00.

12.    As a direct and proximate result of the negligence of Defendant, Plaintiff received medical and other treatment for the aforementioned injuries, and that said services, care and treatment are continuing and shall continue in the future, all to the damage of Plaintiff.

13.    As a direct and proximate result of the negligence of Defendant, Plaintiff has been required to, and has limited occupational and recreational activities, which have caused and shall continue to cause Plaintiff loss of earning capacity, lost wages, physical impairment, mental anguish, and loss of enjoyment of life, in a presently unascertainable amount.

14.    As a direct and proximate result of the aforementioned negligence of all Defendants, Plaintiff has been required to engage the services of an attorney, incurring attorney's fees and costs to bring this action.

## FIRST CAUSE OF ACTION

15.    Plaintiff incorporates paragraphs 1 through 14 of the Complaint as though said paragraphs were fully set forth herein.

16.    Defendant owed Plaintiff a duty of care to warn Plaintiff of the non-obvious and dangerous condition.

17.    Defendant breached this duty of care by failing to place caution signs, or otherwise failing to warn Plaintiff of the dangerous, non-obvious condition.

18.     Defendant failed to take adequate steps to either remedy the dangerous condition, or through their own negligence caused the dangerous condition to be present thus causing damage and injury to Plaintiff.

19.     As a direct and proximate result of the negligence of Defendant, Plaintiff has been damaged in an amount in excess of $10,000.00.

## SECOND CAUSE OF ACTION

20.     Plaintiff incorporates paragraphs 1 through 19 of the Complaint as though said paragraphs were fully set forth herein.

21.     The actions described herein have constituted negligence per se by Defendant, and Plaintiff has been damaged as a direct and proximate result thereof in an amount in excess of $10,000.00.

WHEREFORE, Plaintiff expressly reserves the right to amend this Complaint prior to or at the time of trial of this action, to insert those items of damage not yet fully ascertainable, prays judgment against all Defendants, and each of them, as follows:

1. For general damages sustained by Plaintiff in an amount in excess of $10,000.00.;

2. For special damages sustained by Plaintiff in an amount in excess of $10,000.00;

3. For reasonable attorney's fees and costs;

///

///

///

4. For interest at the statutory rate; and

5. For such other further relief as the Court deems just and proper.

DATED this 4th day of October, 2016.

THE POWELL LAW FIRM

Paul D. Powell, Esq.
Nevada Bar No. 7488
Michael A. Kristof, Esq.
Nevada Bar No. 7780
6785 W. Russell Road, Suite 210
Las Vegas, NV 89118

1

**IAFD**
Paul D. Powell, Esq.

2
Nevada Bar No. 7488
Michael A. Kristof, Esq.

3
Nevada Bar No. 7780
The Powell Law Firm

4
6785 W. Russell Road, Suite 210
Las Vegas, Nevada 89118

5
paul@tplf.com
Phone: (702) 728-5500

6
Facsimile: (702) 728-5501

7

8
Attorneys for TAMI KEELE

9
                                **DISTRICT COURT**

10
                          **CLARK COUNTY, NEVADA**

11
TAMI KEELE,                              )          A-16-744521-C
                                         )
12
            Plaintiff,                   )   CASE NO.
                                         )   DEPT. NO.      XVI
13
      vs.                                )
                                         )
14
ALBERTSONS COMPANIES, INC., a foreign    )   **INITIAL APPEARANCE AND FEE**
corporation, DOES I-X, and ROE           )   **DISCLOSURE**
15
CORPORATIONS I-X, inclusive,             )
                                         )
16
            Defendants.                  )

17

18
        Pursuant to NRS Chapter 19, as amended by Senate Bill 106, filing fees are submitted for

19
the parties appearing in the above-entitled action as indicated below:

20

21
        TAMI KEELE:                    $270.00

22
        TOTAL:                         $270.00

23
        DATED this 4th day of October, 2016.

24
                                THE POWELL LAW FIRM

25
                                */s/ Michael Kristof*

26
                                _____

27
                                Paul D. Powell, Esq.
                                Nevada Bar No. 7488

28
                                Michael A. Kristof, Esq.
                                Nevada Bar No. 778

                                      - 1 -

Electronically Filed
12/07/2016 03:24:48 PM

CLERK OF THE COURT

ACOMP
Paul D. Powell, Esq.
Nevada Bar No. 7488
Michael A. Kristof, Esq.
Nevada Bar No. 7780
The Powell Law Firm
6785 W. Russell Road, Suite 210
Las Vegas, Nevada 89118
paul@tplf.com
Phone: (702) 728-5500
Facsimile: (702) 728-5501

Attorneys for TAMI KEELE

## DISTRICT COURT

## CLARK COUNTY, NEVADA

TAMI KEELE, individually, GARRET KEELE, indvidually,

        Plaintiff,

  vs.

ALBERTSONS COMPANIES, INC., a foreign corporation, DOES I-X, and ROE CORPORATIONS I-X, inclusive,

        Defendants.

CASE NO.   A-16-744521-C
DEPT. NO.   XVI

## AMENDED COMPLAINT

Plaintiffs TAMI KEELE and GARRET KEELE, by and through her attorney of record, PAUL D. POWELL, ESQ., of THE POWELL LAW FIRM, complain against Defendant ALBERTSONS COMPANIES, INC., as follows:

## GENERAL ALLEGATIONS

1.     Plaintiffs TAMI KEELE (hereinafter "Plaintiff Tami") and GARRET KEELE (hereinafter "Plaintiff Garret") are, and at all times mentioned herein, were, residents of the County of Clark, State of Nevada.

2.     Plaintiffs were husband and wife at the time of the matters complained of herein.

-1-

3.      Defendant ALBERTSONS COMPANIES, INC. (hereinafter "Defendant") is, and at all times mentioned herein, was, a foreign corporation, licensed to do business in the County of Clark, State of Nevada.

4.      The true names and capacities of the Defendants designated herein as Doe or Roe Corporations are presently unknown to Plaintiffs at this time, who therefore sue said Defendants by such fictitious names. When the true names and capacities of these Defendants are ascertained, Plaintiffs will amend this Complaint accordingly.

5.      At all times pertinent, Defendants were agents, servants, employees or joint venturers of every other Defendant herein, and at all times mentioned herein were acting within the scope and course of said agency, employment, or joint venture, with knowledge and permission and consent of all other named Defendants.

6.      On July 20, 2015 in Clark County, Nevada, Plaintiff Tami was lawfully on the Defendant's property (hereinafter "Property") located at 1001 S. Rainbow Boulevard, Las Vegas, Nevada 89145.

7.      Defendant maintained and was in control of the Property located at 1001 S. Rainbow Boulevard, Las Vegas, Nevada 89145.

8.      Defendant knew, or reasonably should have known, that the Property contained a dangerous condition, specifically a wet and/or slippery substance on the floor of the Property (hereinafter "dangerous condition").

9.      Defendant failed to place signs, caution, warn, or otherwise make safe, the dangerous condition existing on or about the Property.

10.     Defendant should have warned or otherwise made safe the dangerous condition because that condition was non-obvious to Plaintiff Tami.

11. Defendant negligently, carelessly and recklessly maintained and allowed the dangerous condition to exist.

12. As a direct and proximate result of the negligence of Defendant, Plaintiff Tami sustained injuries to Plaintiff's shoulders, back, bodily limbs, organs and systems, all or some of which condition may be permanent and disabling, and all to Plaintiff's damage in a sum in excess of $10,000.00.

13. As a direct and proximate result of the negligence of Defendant, Plaintiff Tami received medical and other treatment for the aforementioned injuries, and that said services, care and treatment are continuing and shall continue in the future, all to the damage of Plaintiff.

14. As a direct and proximate result of the negligence of Defendant, Plaintiff Tami as been required to, and has limited occupational and recreational activities, which have caused and shall continue to cause Plaintiff loss of earning capacity, lost wages, physical impairment, mental anguish, and loss of enjoyment of life, in a presently unascertainable amount.

15. As a direct and proxmiate result of the neglience of Defendant, Plaintiff Garret has lost the support, companionship, relationship, and soceity i.e. consortium, of his spouse, Plaintff Tami.

.16. As a direct and proximate result of the aforementioned negligence of all Defendants, Plaintiffs, and both of them has been required to engage the services of an attorney, incurring attorney's fees and costs to bring this action.

**FIRST CAUSE OF ACTION**

17.  Plaintiffs incorporate paragraphs 1 through 16 of the Complaint as though said paragraphs were fully set forth herein.

18.  Defendant owed Plaintiff Tami a duty of care to warn her of the non-obvious and dangerous condition.

19.  Defendant breached this duty of care by failing to place caution signs, or otherwise failing to warn Plaintiff Tami of the dangerous, non-obvious condition.

20.  Defendant failed to take adequate steps to either remedy the dangerous condition, or through their own negligence caused the dangerous condition to be present thus causing damage and injury to Plaintiff Tami.

21.  As a direct and proximate result of the negligence of Defendant, Plaintiff Tami has been damaged in an amount in excess of $10,000.00.

**SECOND CAUSE OF ACTION**

22.  Plaintiffs incorporate paragraphs 1 through 21 of the Complaint as though said paragraphs were fully set forth herein.

23.  Because of the Defendant's actions and/or failure to act herein, Defendant Garret has lost the support, companionship, relationship, and society i.e. consortium of his wife, Plaintiff Tami.

24.  As a direct and proximate result of the negligence of Defendant, Plaintiff Garret has been damaged in an amount in excess of $10,000.00.

WHEREFORE, Plaintiffs, and each of them expressly reserves the right to amend this Complaint prior to or at the time of trial of this action, to insert those items of damage not yet fully ascertainable, prays judgment against all Defendants, and each of them, as follows:

1.  For general damages sustained by Plaintiffs in an amount in excess of $10,000.00.;

2.  For special damages sustained by Plaintiffs in an amount in excess of $10,000.00;

3.  For reasonable attorney's fees and costs;

4.  For interest at the statutory rate; and

5.  For such other further relief as the Court deems just and proper.

DATED this ___7th day of December, 2016.

THE POWELL LAW FIRM

Paul D. Powell, Esq.
Nevada Bar No. 7488
Michael A. Kristof, Esq.
Nevada Bar No. 7780
6785 W. Russell Road, Suite 210
Las Vegas, NV 89118

- 5 -

Electronically Filed
01/27/2017 10:30:51 AM

**CLERK OF THE COURT**

1

**ACOMP**
Paul D. Powell, Esq.

2
Nevada Bar No. 7488
Michael A. Kristof, Esq.

3
Nevada Bar No. 7780
The Powell Law Firm

4
6785 W. Russell Road, Suite 210
Las Vegas, Nevada 89118

5
paul@tplf.com
Phone: (702) 728-5500

6
Facsimile: (702) 728-5501

7

Attorneys for TAMI KEELE

8                          **DISTRICT COURT**

9                      **CLARK COUNTY, NEVADA**

10

11   TAMI KEELE, individually, GARRET KEELE,   )
     indvidually,                              )   CASE NO. A-16-744521-C
12                                             )   DEPT. NO. XVI
                                               )
13              Plaintiff,                      )
          vs.                                   )
14                                             )   **SECOND AMENDED COMPLAINT**
     ALBERTSONS, LLC, a Delaware limited liability )
15   company, DOES I-X, and ROE CORPORATIONS   )
     I-X, inclusive,                           )
16                                             )
                                               )
17              Defendants.                     )
     _____)

18

19         Plaintiffs TAMI KEELE and GARRET KEELE, by and through her attorney of record,

20   PAUL D. POWELL, ESQ., of THE POWELL LAW FIRM, complain against Defendant

21   ALBERTSONS, LLC, as follows:

22                        **GENERAL ALLEGATIONS**

23
          1.    Plaintiffs TAMI KEELE (hereinafter "Plaintiff Tami") and GARRET KEELE
24
     (hereinafter "Plaintiff Garret") are, and at all times mentioned herein, were,
25
     residents of the County of Clark, State of Nevada.
26

27        2.    Plaintiffs were husband and wife at the time of the matters complained of herein.

28

                                        - 1 -

3.     Defendant ALBERTSONS, LLC (hereinafter "Defendant") is, and at all times mentioned herein, was, a Delaware limited liability company, licensed to do business in the County of Clark, State of Nevada.

4.     The true names and capacities of the Defendants designated herein as Doe or Roe Corporations are presently unknown to Plaintiffs at this time, who therefore sue said Defendants by such fictitious names. When the true names and capacities of these Defendants are ascertained, Plaintiffs will amend this Complaint accordingly.

5.     At all times pertinent, Defendants were agents, servants, employees or joint venturers of every other Defendant herein, and at all times mentioned herein were acting within the scope and course of said agency, employment, or joint venture, with knowledge and permission and consent of all other named Defendants.

6.     On July 20, 2015 in Clark County, Nevada, Plaintiff Tami was lawfully on the Defendant's property (hereinafter "Property") located at 1001 S. Rainbow Boulevard, Las Vegas, Nevada 89145.

7.     Defendant maintained and was in control of the Property located at 1001 S. Rainbow Boulevard, Las Vegas, Nevada 89145.

8.     Defendant knew, or reasonably should have known, that the Property contained a dangerous condition, specifically a wet and/or slippery substance on the floor of the Property (hereinafter "dangerous condition").

9.     Defendant failed to place signs, caution, warn, or otherwise make safe, the dangerous condition existing on or about the Property.

10.    Defendant should have warned or otherwise made safe the dangerous condition because that condition was non-obvious to Plaintiff Tami.

11.    Defendant negligently, carelessly and recklessly maintained and allowed the dangerous condition to exist.

12.    As a direct and proximate result of the negligence of Defendant, Plaintiff Tami sustained injuries to Plaintiff's shoulders, back, bodily limbs, organs and systems, all or some of which condition may be permanent and disabling, and all to Plaintiff's damage in a sum in excess of $10,000.00.

13.    As a direct and proximate result of the negligence of Defendant, Plaintiff Tami received medical and other treatment for the aforementioned injuries, and that said services, care and treatment are continuing and shall continue in the future, all to the damage of Plaintiff.

14.    As a direct and proximate result of the negligence of Defendant, Plaintiff Tami as been required to, and has limited occupational and recreational activities, which have caused and shall continue to cause Plaintiff loss of earning capacity, lost wages, physical impairment, mental anguish, and loss of enjoyment of life, in a presently unascertainable amount.

15.    As a direct and proxmiate result of the neglience of Defendant, Plaintiff Garret has lost the support, companionship, relationship, and soceity i.e. consortium, of his spouse, Plaintff Tami.

16.    As a direct and proximate result of the aforementioned negligence of all Defendants, Plaintiffs, and both of them has been required to engage the services of an attorney, incurring attorney's fees and costs to bring this action.

## FIRST CAUSE OF ACTION

17.   Plaintiffs incorporate paragraphs 1 through 16 of the Complaint as though said paragraphs were fully set forth herein.

18.   Defendant owed Plaintiff Tami a duty of care to warn her of the non-obvious and dangerous condition.

19.   Defendant breached this duty of care by failing to place caution signs, or otherwise failing to warn Plaintiff Tami of the dangerous, non-obvious condition.

20.   Defendant failed to take adequate steps to either remedy the dangerous condition, or through their own negligence caused the dangerous condition to be present thus causing damage and injury to Plaintiff Tami.

21.   As a direct and proximate result of the negligence of Defendant, Plaintiff Tami has been damaged in an amount in excess of $10,000.00.

## SECOND CAUSE OF ACTION

22.   Plaintiffs incorporate paragraphs 1 through 21 of the Complaint as though said paragraphs were fully set forth herein.

23.   Because of the Defendant's actions and/or failure to act herein, Defendant Garret has lost the support, companionship, relationship, and soceity i.e. consortium of his wife, Plaintiff Tami.

24.   As a direct and proximate result of the negligence of Defendant, Plaintiff Garret has been damaged in an amount in excess of $10,000.00.

WHEREFORE, Plaintiffs, and each of them expressly reserves the right to amend this Complaint prior to or at the time of trial of this action, to insert those items of damage not yet fully ascertainable, prays judgment against all Defendants, and each of them, as follows:

-4-

1.  For general damages sustained by Plaintiffs in an amount in excess of $10,000.00.;

2.  For special damages sustained by Plaintiffs in an amount in excess of $10,000.00;

3.  For reasonable attorney's fees and costs;

4.  For interest at the statutory rate; and

5.  For such other further relief as the Court deems just and proper.

DATED this 26 th day of January, 2017.

THE POWELL LAW FIRM

Paul D. Powell, Esq.
Nevada Bar No. 7488
Michael A. Kristof, Esq.
Nevada Bar No. 7780
6785 W. Russell Road, Suite 210
Las Vegas, NV 89118

Electronically Filed
01/31/2017 11:59:34 AM

**CLERK OF THE COURT**

1   ANAC
    **LEW BRANDON, JR., ESQ.**
2   Nevada Bar No. 5880
    **MATTHEW WHITTAKER, ESQ.**
3   Nevada Bar No. 13281
    **MORAN BRANDON BENDAVID MORAN**
4   630 S. Fourth Street
5   Las Vegas, Nevada 89101
    (702) 384-8424
6   (702) 384-6568 - *facsimile*
7   l.brandon@moranlawfirm.com
    Attorneys for Defendant,
8   ALBERTSONS, LLC

9                       **DISTRICT COURT**
10                 **CLARK COUNTY, NEVADA**

11  TAMI KEELE, individually, GARRET
    KEELE, individually,                      CASE NO.: A-16-744521-C
12                                             DEPT. NO.: XVI
13          Plaintiff,

14  v.

15  ALBERTSONS LLC, a Delaware limited
    liability company, DOES I – X, and ROE
16  CORPORATIONS I - X, inclusive,
17
            Defendants.
18

19        **DEFENDANT, ALBERTSONS, LLC'S ANSWER TO**
          **PLAINTIFFS' SECOND AMENDED COMPLAINT**
20

21          COMES NOW, Defendant, ALBERTSONS, LLC, by and through its undersigned

22  attorneys, LEW BRANDON, JR., ESQ. and MATTHEW WHITTAKER, ESQ. of MORAN

23  BRANDON BENDAVID MORAN, and hereby answers the Plaintiffs' Second Amended

24  Complaint on file herein as follows:

25          1.      Answering Paragraphs 1, 2, 4, 5, 6, 7, 9 and 10 of Plaintiffs' Second Amended

26  Complaint on file herein, Defendant is without sufficient knowledge or information to form a

27  belief as to the truth or falsity of the said allegations and therefore denies same.

28

**MB
BM**
MORAN BRANDON
BENDAVID MORAN
ATTORNEYS AT LAW

630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE (702) 384-8424
FAX (702) 384-6568

2.     Answering Paragraph 3 of Plaintiffs' Second Amended Complaint on file herein, Defendant admits the allegations contained therein.

3.     Answering Paragraphs 8, 11, 12, 13, 14, 15 and 16 of Plaintiffs' Second Amended Complaint on file herein, Defendant denies the allegations contained therein.

## FIRST CAUSE OF ACTION

4.     Answering Paragraph 17 of Plaintiffs' Second Amended Complaint on file herein, Defendant repeats and realleges each and every allegation in Paragraphs 1 through 16 as fully set forth herein.

5.     Answering Paragraphs 18 and 19 of Plaintiffs' Second Amended Complaint on file herein, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the said allegations and therefore denies same.

6.     Answering Paragraphs 20 and 21 of Plaintiffs' Second Amended Complaint on file herein, Defendant denies the allegations contained therein.

## SECOND CAUSE OF ACTION

7.     Answering Paragraph 22 of Plaintiffs' Second Amended Complaint on file herein, Defendant repeats and realleges each and every allegation in Paragraphs 1 through 21 as fully set forth herein.

8.     Answering Paragraphs 23 and 24 of Plaintiffs' Second Amended Complaint on file herein, Defendant denies the allegations contained therein.

9.     Any allegation not addressed herein is thereby denied.

///

///

///



MORAN BRANDON
BENDAVID MORAN
ATTORNEYS AT LAW

630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE: (702) 384-8424
FAX: (702) 384-6568

# AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

Plaintiffs' Second Amended Complaint fails to state a claim against Defendant upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

Defendant alleges that at the time and place alleged in Plaintiffs' Second Amended Complaint, Plaintiffs did not exercise ordinary care, caution or prudence for the protection of themselves and any damages complained of by Plaintiffs in their Second Amended Complaint, were directly or proximately caused or contributed to by the fault, failure to act, carelessness and negligence of Plaintiffs.

## THIRD AFFIRMATIVE DEFENSE

Defendant alleges that the Plaintiffs assumed whatever risk or hazard existed at the time of this incident, if any there were, and was therefore responsible for the alleged damage suffered and further that the Plaintiffs were guilty of negligence of their own acts which caused or contributed to by the fault, failure to act, carelessness or negligence of Plaintiffs.

## FOURTH AFFIRMATIVE DEFENSE

All the risks and dangers involved in the factual situation described in Plaintiffs' Second Amended Complaint, if any there were, were open, obvious and known to the Plaintiffs and by reason thereof, Plaintiffs assumed the risks and dangers inherent thereto.

## FIFTH AFFIRMATIVE DEFENSE

Defendant alleges that the negligence of the Plaintiffs exceeded that of the Defendant, and that the Plaintiffs are thereby barred from recovery.

///

MORAN BRANDON
BENDAVID MORAN
ATTORNEYS AT LAW

630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE:(702) 384-8424
FAX: (702) 384-6568

## SIXTH AFFIRMATIVE DEFENSE

Pursuant to NRCP 11, as amended:  All possible affirmative defenses may not have been alleged herein insofar as sufficient facts were not available after reasonable inquiry upon the filing of Defendant's Answer, and therefore, Defendant reserves the right to amend this Answer to allege additional affirmative defenses if subsequent investigation warrants.

## SEVENTH AFFIRMATIVE DEFENSE

The damages sustained by Plaintiffs, if any, were caused by the acts of third persons who were not agents, servants or employees of this answering Defendant and who were not acting on behalf of this answering Defendant in any manner or form and as such, this Defendant is not liable in any matter to the Plaintiffs.

## EIGHTH AFFIRMATIVE DEFENSE

Defendant at all times relevant to the allegations contained in Plaintiffs' Second Amended Complaint, acted with due care and circumspection in the performance of any and all duties imposed on it.

## NINTH AFFIRMATIVE DEFENSE

That it has been necessary of the Defendant to employ the services of an attorney to defend the action and a reasonable sum should be allowed Defendant for attorney's fees, together with costs of suit incurred herein.

## TENTH AFFIRMATIVE DEFENSE

Plaintiffs have failed to mitigate their alleged damages, and, to the extent of such failure to mitigate any damages awarded to Plaintiffs, should be reduced accordingly.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by applicable statutes of limitations.

1

## TWELFTH AFFIRMATIVE DEFENSE

2

3

Defendant objects as to authentication, foundation and genuineness of all of Plaintiffs'

medical providers and documents listed or presented by Plaintiffs.

4

5

WHEREFORE, Defendant, ALBERTSONS, LLC, prays as follows:

6

1.   That Plaintiffs take nothing by way of their Second Amended Complaint on file

7

herein;

8

2.   For reasonable attorney's fees and costs of suit incurred herein; and

9

3.   For such other and further relief as the Court may deem just and proper in the

10

premises.

11

DATED this 31st day of January, 2017.

12

13

MORAN BRANDON BENDAVID MORAN

14

/s/ Lew Brandon, Jr., Esq.
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**MATTHEW WHITTAKER, ESQ.**
Nevada Bar No. 13281
630 S. Fourth Street
Las Vegas, Nevada 89101
Attorneys for Defendant,
ALBERTSONS, LLC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28



MORAN BRANDON
BENDAVID MORAN
ATTORNEYS AT LAW
630 South 4th Street
Las Vegas, Nevada 89101
Phone: (702) 384-8424
Fax: (702) 384-6568

1
2
3
**CERTIFICATE OF SERVICE**

4       Pursuant to NRCP 5(b), I hereby certify that on the 31st day of January, 2017, I served

5   the foregoing **DEFENDANT, ALBERTSONS, LLC'S ANSWER TO PLAINTIFFS'**

6   **SECOND AMENDED COMPLAINT** via the Court's electronic filing and service systems to

7
8   all parties on the current service list.

9   **PAUL D. POWELL, ESQ.**
    Nevada Bar No. 7488
10   **MICHAEL A. KRISTOF, ESQ.**
    Nevada Bar No. 7780
11   **The Powell Law Firm**
    6785 W. Russell Road, Suite 210
12   Las Vegas, Nevada  89118
    (702) 728-5500
13   (702) 728-5501 – Facsimile
14   paul@tplf.com
    Attorneys for Plaintiffs,
15   TAMI KEELE and
    GARRET KEELE
16
                                    /s/ Darcy Flores-Laguna
17                                  An Employee of Moran Brandon Bendavid Moran

18
19
20
21
22
23
24
25
26
27
28

MORAN BRANDON
BENDAVID MORAN
ATTORNEYS AT LAW

836 South 4th Street
Las Vegas, Nevada 89101
Phone: (702) 384-8424
Fax: (702) 384-6568

Page 6 of 6

ELECTRONICALLY SERVED
01/31/2017 12:00:45 PM

1   **CONS**
    **LEW BRANDON, JR., ESQ.**
2   Nevada Bar No. 5880
    **MATTHEW WHITTAKER, ESQ.**
3   Nevada Bar No. 13281
    **MORAN BRANDON BENDAVID MORAN**
4   630 S. Fourth Street
    Las Vegas, Nevada 89101
5   (702) 384-8424
    (702) 384-6568 - *facsimile*
6   *l.brandon@moranlawfirm.com*
7   Attorneys for Defendant,
    ALBERTSONS, LLC
8

9

10                   **DISTRICT COURT**
                **CLARK COUNTY, NEVADA**

11   TAMI KEELE, individually, GARRET
    KEELE, individually,
12                              CASE NO.:  A-16-744521-C
                             DEPT. NO.: XVI
13        Plaintiff,

14   v.

15   ALBERTSONS LLC, a Delaware limited
    liability company, DOES I – X, and ROE
16   CORPORATIONS I - X, inclusive,

17        Defendants.
18

19      **CONSENT TO SERVICE BY ELECTRONIC MEANS THROUGH E-FILING**
                              **PROGRAM**
20

21        The undersigned parties hereby consent to service of documents by electronic means

22 through the Court's e-filing program on behalf of the following parties:  ALBERTSONS, LLC.

23        Documents served by electronic means must be transmitted to the following persons at

24 the e-mail addresses listed: l.brandon@moranlawfirm.com;  d.nocedal@moranlawfirm.com.

25        It is my understanding that the attachments may be transmitted to the program in any

26 format and will be converted to a PDF file before service is effected.

27

28

MB
BM
MORAN BRANDON
BENDAVID MORAN
ATTORNEYS AT LAW

630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE:(702) 384-8424
FAX: (702) 384-6568

1    The undersigned also acknowledges that this Consent does not require service by

2    electronic means unless the serving party elects to do so.

3    DATED this 31st day of January, 2017.

4

5                                           MORAN BRANDON BENDAVID MORAN

6                                           /s/ Lew Brandon, Jr., Esq.
                                            **LEW BRANDON, JR., ESQ.**

7                                           Nevada Bar No. 5880
                                            **MATTHEW WHITTAKER, ESQ.**

8                                           Nevada Bar No. 13281

9                                           630 S. Fourth Street
                                            Las Vegas, Nevada 89101

10                                          Attorneys for Defendant,

11                                          ALBERTSONS, LLC.

12                           **CERTIFICATE OF SERVICE**

13   Pursuant to NRCP 5(b), I hereby certify that on the 31st day of January, 2017, I served

14   the foregoing **CONSENT TO SERVICE BY ELECTRONIC MEANS THROUGH E-**

15   **FILING PROGRAM** via the Court's electronic filing and service systems to all parties on the

16   current service list.

17

18   **PAUL D. POWELL, ESQ.**
     Nevada Bar No. 7488

19   **MICHAEL A. KRISTOF, ESQ.**
     Nevada Bar No. 7780

20   **The Powell Law Firm**
     6785 W. Russell Road, Suite 210

21   Las Vegas, Nevada 89118
     (702) 728-5500

22   (702) 728-5501 – Facsimile

23   paul@tplf.com
     Attorneys for Plaintiffs,

24   TAMI KEELE and
     GARRET KEELE

25
                                            /s/ Darcy Flores-Laguna

26                                          An Employee of Moran Brandon Bendavid Moran

27

28



MORAN BRANDON
BENDAVID MORAN
ATTORNEYS AT LAW

630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE: (702) 384-8424
FAX: (702) 384-6568

Electronically Filed
01/31/2017 12:00:19 PM

1  **IAFD**
   **LEW BRANDON, JR., ESQ.**
2  Nevada Bar No. 5880
   **MATTHEW WHITTAKER, ESQ.**
3  Nevada Bar No. 13281
   **MORAN BRANDON BENDAVID MORAN**
4  630 S. Fourth Street
5  Las Vegas, Nevada 89101
   (702) 384-8424
6  (702) 384-6568 - *facsimile*
7  *l.brandon@moranlawfirm.com*
   Attorneys for Defendant,
8  ALBERTSONS, LLC

**CLERK OF THE COURT**

9                        **DISTRICT COURT**
10                    **CLARK COUNTY, NEVADA**

11  TAMI KEELE, individually, GARRET
    KEELE, individually,                          CASE NO.: A-16-744521-C
12                                                 DEPT. NO.: XVI
13          Plaintiff,
14  v.
15  ALBERTSONS LLC, a Delaware limited
    liability company, DOES I – X, and ROE
16  CORPORATIONS I - X, inclusive,
17
            Defendants.
18

19              **INITIAL APPEARANCE FEE DISCLOSURE**
                        **(NRS CHAPTER 19)**
20
21          Pursuant to NRS Chapter 19, as amended by Senate Bill 106, filing fees are submitted
22  for parties appearing in the above-entitled action as indicated below:
23      1.   ALBERTSONS, LLC., Defendant ......................................$223.00
24  ///
25  ///
26  ///
27  ///
28  ///

MBBM
MORAN BRANDON
BENDAVID MORAN
ATTORNEYS AT LAW
630 South 4th Street
Las Vegas, Nevada 89101
Phone: (702) 384-8424
Fax: (702) 384-6568

**TOTAL REMITTED**...............................................................$223.00

DATED this 31st day of January, 2017.

MORAN BRANDON BENDAVID MORAN

/s/ Lew Brandon, Jr., Esq.
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**MATTHEW WHITTAKER, ESQ.**
Nevada Bar No. 13281
630 S. Fourth Street
Las Vegas, Nevada 89101
Attorneys for Defendant,
ALBERTSONS, LLC.

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I hereby certify that on the 31st day of January, 2017, I served

the foregoing **INITIAL APPEARANCE FEE DISCLOSURE** via the Court's electronic filing

and service systems to all parties on the current service list.

**PAUL D. POWELL, ESQ.**
Nevada Bar No. 7488
**MICHAEL A. KRISTOF, ESQ.**
Nevada Bar No. 7780
**The Powell Law Firm**
6785 W. Russell Road, Suite 210
Las Vegas, Nevada 89118
(702) 728-5500
(702) 728-5501 – Facsimile
paul@tplf.com
Attorneys for Plaintiffs,
TAMI KEELE and
GARRET KEELE

/s/ Darcy Flores-Laguna
An Employee of Moran Brandon Bendavid Moran

MBBM
MORAN BRANDON
BENDAVID MORAN
ATTORNEYS AT LAW

630 South 4th Street
Las Vegas, Nevada 89101
Phone:(702) 384-8424
Fax: (702) 384-6568

Electronically Filed
01/31/2017 12:00:05 PM

CLERK OF THE COURT

1  **DMJT**
   **LEW BRANDON, JR., ESQ.**
2  Nevada Bar No. 5880
   **MATTHEW WHITTAKER, ESQ.**
3  Nevada Bar No. 13281
4  **MORAN BRANDON BENDAVID MORAN**
   630 S. Fourth Street
5  Las Vegas, Nevada 89101
   (702) 384-8424
6  (702) 384-6568 - *facsimile*
7  *l.brandon@moranlawfirm.com*
   Attorneys for Defendant,
8  ALBERTSONS, LLC

9                          **DISTRICT COURT**
10                    **CLARK COUNTY, NEVADA**

11 TAMI KEELE, individually, GARRET
   KEELE, individually,
12                                       CASE NO.:  A-16-744521-C
                                         DEPT. NO.: XVI
13        Plaintiff,

14 v.

15 ALBERTSONS LLC, a Delaware limited
   liability company, DOES I – X, and ROE
16 CORPORATIONS I - X, inclusive,

17        Defendants.

18

19                    **DEMAND FOR JURY TRIAL**

20        COMES NOW, Defendant, ALBERTSONS, LLC. by and through its attorneys of

21 record, LEW BRANDON, JR., ESQ. and MATTHEW WHITTAKER, ESQ. of MORAN

22 BRANDON BENDAVID MORAN, and hereby demands a Jury Trial in the above-entitled

23 ///

24 ///

25 ///

26 ///

27 ///

28

1    action.

2            DATED this 31st day of January, 2017.

3

                          **MORAN BRANDON BENDAVID MORAN**

4

                          /s/ Lew Brandon, Jr., Esq.

5                         **LEW BRANDON, JR., ESQ.**

6                         Nevada Bar No. 5880
                         **MATTHEW WHITTAKER, ESQ.**

7                         Nevada Bar No. 13281
                         630 S. Fourth Street

8                         Las Vegas, Nevada 89101
                         Attorneys for Defendant,

9                         ALBERTSONS, LLC.

10

                      **CERTIFICATE OF SERVICE**

11

12         Pursuant to NRCP 5(b), I hereby certify that on the 31st day of January, 2017, I served

13 the foregoing **DEMAND FOR JURY TRIAL** via the Court's electronic filing and service

14 systems to all parties on the current service list.

15 **PAUL D. POWELL, ESQ.**

16 Nevada Bar No. 7488
   **MICHAEL A. KRISTOF, ESQ.**

17 Nevada Bar No. 7780
   **The Powell Law Firm**

18 6785 W. Russell Road, Suite 210

19 Las Vegas, Nevada  89118
   (702) 728-5500

20 (702) 728-5501 – Facsimile
   paul@tplf.com

21 Attorneys for Plaintiffs,

22 TAMI KEELE and
   GARRET KEELE

23                     /s/ Darcy Flores-Laguna

24                     An Employee of Moran Brandon Bendavid Moran

25

26

27

28

MBBM
MORAN BRANDON
BENDAVID MORAN
ATTORNEYS AT LAW

630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE:(702) 384-8424
FAX: (702) 384-6568

Electronically Filed
01/31/2017 11:59:49 AM

*[signature]*

**CLERK OF THE COURT**

1   **DSST**
    **LEW BRANDON, JR., ESQ.**
2   Nevada Bar No. 5880
    **MATTHEW WHITTAKER, ESQ.**
3   Nevada Bar No. 13281
    **MORAN BRANDON BENDAVID MORAN**
4   630 S. Fourth Street
    Las Vegas, Nevada 89101
5   (702) 384-8424
    (702) 384-6568 - *facsimile*
6   *l.brandon@moranlawfirm.com*
    Attorneys for Defendant,
7   ALBERTSONS, LLC
8

9                              **DISTRICT COURT**
10                          **CLARK COUNTY, NEVADA**

11  TAMI KEELE, individually, GARRET
    KEELE, individually,                      CASE NO.:  A-16-744521-C
12                                            DEPT. NO.: XVI
                Plaintiff,
13
    v.
14
    ALBERTSONS LLC, a Delaware limited
15  liability company, DOES I – X, and ROE
    CORPORATIONS I - X, inclusive,
16
17              Defendants.
18

19              **DISCLOSURE STATEMENT PURSUANT TO NRCP 7.1**

20          The undersigned counsel of record for Defendant, ALBERTSONS, LLC., A

21  DELAWARE LIMITED LIABILITY COMPANY hereby certifies that to their knowledge,

22  ALBERTSONS, LLC.'s parent company is Albertson's Holding, LLC., a Delaware limited

23  liability company, and is not publically traded.

24  ///

25  ///

26  ///

27  ///
28

MORAN BRANDON
BENDAVID MORAN
ATTORNEYS AT LAW

630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE: (702) 384-8424
FAX: (702) 384-6568

Page 1 of 2

1  There are no other known interested parties other than those identified.

2      DATED this 31st day of January, 2017.

3                                          **MORAN BRANDON BENDAVID MORAN**

4
                                           /s/ Lew Brandon, Jr., Esq.
5                                          **LEW BRANDON, JR., ESQ.**
                                           Nevada Bar No. 5880
6                                          **MATTHEW WHITTAKER, ESQ.**
                                           Nevada Bar No. 13281
7                                          630 S. Fourth Street
                                           Las Vegas, Nevada 89101
8                                          Attorneys for Defendant,
                                           ALBERTSONS, LLC.
9

10                            **CERTIFICATE OF SERVICE**

11      Pursuant to NRCP 5(b), I hereby certify that on the 31st day of January, 2017, I served

12

13  the foregoing **DISCLOSURE STATEMENT PURSUANT TO NRCP 7.1** via the Court's

14  electronic filing and service systems to all parties on the current service list.

15  **PAUL D. POWELL, ESQ.**
    Nevada Bar No. 7488
16  **MICHAEL A. KRISTOF, ESQ.**
    Nevada Bar No. 7780
17  **The Powell Law Firm**
    6785 W. Russell Road, Suite 210
18  Las Vegas, Nevada 89118
    (702) 728-5500
19  (702) 728-5501 – Facsimile
    paul@tplf.com
20  Attorneys for Plaintiffs,
    TAMI KEELE and
21  GARRET KEELE
22
                                           /s/ Darcy Flores-Laguna
23                                         An Employee of Moran Brandon Bendavid Moran

24

25

26

27

28


MORAN BRANDON
BENDAVID MORAN
ATTORNEYS AT LAW

630 South 4th Street
Las Vegas, Nevada 89101
Phone: (702) 384-8424
Fax: (702) 384-6568