**SAO**
Paul D. Powell, Esq.
Nevada Bar No. 7488
Michael A. Kristof, Esq.
Nevada Bar No. 7780
THE POWELL LAW FIRM
6785 W. Russell Road, Suite 210
Las Vegas, Nevada 89118
paul@tplf.com
mkristof@tplf.com
Phone: (702) 728-5500
Facsimile: (702) 728-5501
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TAMI KEELE, individually, and GARRETT KEELE, individually,<br><br>　　　　　Plaintiff,<br>vs.<br><br>ALBERTSONS, LLC, a Delaware limited-liability company, DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:17-cv-00530-JCM-CWH |

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED between Plaintiffs, TAMI KEELE and GARRET KEELE, by and through their counsel of record, PAUL D. POWELL, ESQ. and MICHAEL A. KRISTOF, ESQ., and Defendant, ALBERTSONS, LLC, by and through its counsel of record, LEW BRANDON, ESQ. and MATTHEW WHITTAKER, ESQ., that the above-entitled matter be dismissed with prejudice.

/ / /

/ / /

/ / /

Each party to bear their own attorney's fees and costs.

DATED this 20th day of April, 2017.   DATED this 20th day of April, 2017.

THE POWELL LAW FIRM                    MORAN BRANDON BENDAVID MORAN

/s/ Paul Powell                        /s/ Lew Brandon

_____                _____
Paul D. Powell, Esq.                   Lew Brandon, Esq.
Michael A. Kristof, Esq.               Matthew Whittaker, Esq.
6785 W. Russell Rd., Suite 210         630 S. Fourth Street
Las Vegas, Nevada 89118                Las Vegas, Nevada 89101
Attorneys for Plaintiffs               Attorneys for Defendant

## ORDER

Having reviewed the Stipulation of counsel and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims are hereby dismissed with prejudice against Defendant ALBERTSONS, LLC

DATED April 24, 2017.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

THE POWELL LAW FIRM

/s/ Paul Powell

_____
Paul D. Powell, Esq.
Michael A. Kristof, Esq.
6785 W. Russell Road, Suite 210
Las Vegas, Nevada 8911
Attorneys for Plaintiff